**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**JANEANE L.,**[1]

**Plaintiff,**

**v.** **CIVIL NO. 2:25-cv-661**

**FRANK BISIGNANO,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## FINAL ORDER

This matter comes before the court on Plaintiff's Objection, ECF No. 17, to the Magistrate Judge's Report and Recommendation, ECF No. 16 ("R&R"), and Defendant's Response to Plaintiff's Objection, ECF No. 18.

**I.**

On December 30, 2025, this matter was referred to United States Magistrate Judge Douglas E. Miller pursuant to 28 U.S.C. § 636(b)(1)(B), designating him to "conduct hearings, including evidentiary hearings, if necessary, and to submit to [the undersigned district judge] proposed findings of fact, if applicable, and recommendations for the disposition of this matter." ECF No. 5. The Magistrate Judge's R&R was filed on September 16, 2026, recommending that the court deny Plaintiff's

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that, due to significant privacy concerns in social security cases, federal courts should refer to claimants by their first names and last initials.

requested relief and affirm the decision of the Commissioner of Social Security ("Commissioner"). ECF No. 16 at 44.

The parties had fourteen (14) days to file written objections to the R&R. See id.; ECF No. 5. Plaintiff filed her Objection on September 30, 2026, ECF No. 17, to which Defendant responded on October 14, 2026, ECF No. 18. Plaintiff objected to the Magistrate Judge's findings that the Administrative Law Judge properly considered the side effects of Plaintiff's medications, did not impermissibly rely on a lack of objective evidence to discount Plaintiff's statements as to her symptoms, and properly assessed Plaintiff's work activity ability on a function-by-function basis. ECF No. 17 at 2-7. Plaintiff raised these same arguments in her Complaint and Memorandum in Support of Summary Judgment. See ECF Nos. 1 ¶¶ 8-14 (Complaint), 8 at 18-29 (Memorandum in Support).

**II.**

Under the Federal Rules of Civil Procedure, the court, having reviewed the record in its entirety, must make a de novo determination as to the portions of the R&R to which the parties have specifically objected. Fed.R.Civ.P. 72(b)(3). "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Id.; see 28 U.S.C. § 636(b)(1).

Plaintiff's Objection contains general restatements of facts and arguments that the Magistrate Judge fully considered when

making his findings and recommendations in the R&R. See ECF No. 16 at 28-44. After reviewing the record and conducting a de novo review of the portion of the R&R to which Plaintiff objected, the court agrees with the R&R and finds no error.

Accordingly, the court hereby **OVERRULES** Plaintiff's Objection, ECF No. 17, and **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, ECF No. 16. The relief requested in Plaintiff's Memorandum in Support of Summary Judgment, ECF No. 8, is **DENIED**, and the relief requested in Defendant's Brief in Support of the Commissioner's Decision Denying Benefits, ECF No. 9, is **GRANTED**. The Commissioner's final decision is **AFFIRMED**, and this matter is **DISMISSED**.

The Clerk is **DIRECTED** to enter judgment in favor of Defendant, close the case on this court's docket, and send a copy of this Final Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge
-RBS-

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

November 18, 2026